IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED TOLLINI,<br>    Plaintiff,<br>v.<br>CGI FEDERAL INC.,<br>    Defendant. | Case No. 18-cv-03275-MMC<br><br>**JUDGMENT** |

Plaintiff's Motion for Final Approval of Class Action Settlement and for Motion For Approval of Attorneys' Fees and Costs came on regularly for hearing on September 4, 2020 in the above-captioned Court, the undersigned presiding. The Court having previously granted preliminary approval of the Settlement on May 22, 2020, the Parties having fully briefed the issues regarding final approval and awards of attorneys' fees, reimbursement of litigation expenses, and service enhancement payment, the cause having been heard, and the Court having granted final approval of the Stipulation of Class Action Settlement and Release and having granted the motion for Approval of Attorneys' Fees and Costs,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered approving the terms of the Settlement. This Order shall constitute Final Judgment for purposes of Rule 58(a) of the Federal Rules of Civil Procedure. This action is dismissed on the merits and with prejudice. Each party will bear its own costs except as provided otherwise in the Settlement.

Dated: September 4, 2020

MAXINE M. CHESNEY
United States District Judge